UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LANELLE SWANSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-10412-JLT |
| | * | |
| LORD & TAYLOR LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER
=====

September 19, 2011

TAURO, J.

After a hearing on September 19, 2011, this Court hereby orders that:

1.  Plaintiff shall notify the Court by September 23, 2011 whether additional depositions are required in order for Plaintiff to file her Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification. In the event that additional depositions are required, Plaintiff may conduct the following depositions:

    a.  (1) Richard Carino; (2) Employees of Defendant whose affidavits produced for the purposes of this litigation are designated as documents LT1046 – LT1237.

2.  Defendant's Cross Motion for Protective Order [#15] is ALLOWED as to the designation of an additional Rule 30(b)(6) deponent to testify on its behalf about the documents designated as LT1046 – LT1237.

3. The above-listed depositions, as well as the depositions authorized by this Court's May 3, 2011 Order [#13], shall be completed by October 17, 2011.[1]

4. No further discovery is permitted without leave of this court.

5. Defendant will file its Opposition to Plaintiff's Motion to Certify Class by September 21, 2011.

6. Plaintiff will file a Reply to Defendant's Opposition to the Motion to Certify Class [#19] by October 24, 2011.

7. Defendant will file a Sur-Reply to Plaintiff's Reply by November 7, 2011.

8. A hearing on the Motion to Certify Class will be held on December 7, 2011 at 11:30 A.M.


IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] Excluding the modifications in this Order, this Court's May 3, 2011 [#13] Order remains in effect.